Confirmation # 5410100610

P.O. Box 105398
Atlanta, GA 30348-5398

# Ex. 1

October 7, 2025

**National Consumer Telecommunications and Utility Exchange, Inc.**

Vance Dotson
1709 Albany Ave
Oklahoma City, OK 73111

Dear Vance Dotson:

Thank you for requesting your data report from the National Consumer Telecommunications and Utility Exchange, Inc. (NCTUE). The NCTUE is a national, member-owned consumer reporting agency comprised of cable, electricity/power, phone, gas, water and pay TV providers. These members, through its database, exchange information on new-connect requests, defaults, account payment history and fraudulent account activity.

Your NCTUE data report only contains your payment history with the service companies (such as telecom, utilities, cable) that are members of NCTUE. Not all service companies are members, so your payment history with non-member service companies would not be contained in this data report. Great care has been taken to report this information correctly. Please review all of the enclosed material carefully.

| |
|---|
| **Your Exchange Risk Score™ of 609** |
| **was created on 10/07/2025 and was based on the contents of your NCTUE data report on that date.** |

**NOTE**: This Exchange Risk Score™ ranges between 100 and 999. Higher scores generally reflect better credit standing.

| **The key factors that affected your Exchange Risk Score™ are:** | |
|---|---|
| **Reason Code** | **Explanation** |
| **Y56** | **Not enough information on paid-as-agreed NCTUE accounts** |
| **Y67** | **Months since the latest NCTUE account disconnection** |
| **Y26** | **Age of oldest NCTUE connection** |
| **G94** | **Not enough information on balances reported in the last 3 months on NCTUE** |

The above information and the Exchange Risk Score™ scoring model may be different from the score used by a service provider. Service providers may use their own custom scoring model or one developed by another company.

If you believe there are items on your data report that are incorrect, you may call the Exchange Service Center - NCTUE or complete the enclosed Research Request Form, and indicate what items you dispute, and return the form and a copy of this letter to:

Exchange Service Center - NCTUE
P.O. Box 105398
Atlanta, GA 30348-5398

***NOTE: Sending the Research Request Form to any other address will delay the processing of your request.***

You may also contact us via the NCTUE Consumer Portal at https://nctueconsumerportal.com.

Please call us or fax us using the toll free numbers listed on the data report. To allow us to protect your privacy and deliver prompt service, please provide your confirmation number printed at the top of the page.

Thank you for giving us the opportunity to serve you.

Exchange Service Center - NCTUE

## State of Oklahoma - Notice to Consumers

Note: The terms "credit report", "consumer report" and "credit file" as may be used in this notice refer to your data report provided in this disclosure. The term "credit score" as may be used in this notice refers to your data report score. The term "consumer credit reporting agency" in this notice refers to National Consumer Telecommunications and Utility Exchange, Inc. ("NCTUE")

Oklahoma Consumers Have the Right to Obtain a Security Freeze

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a period of time after the freeze is in place. To provide that authorization you must contact the consumer reporting agency by one of the methods that it requires, and provide all of the following:

1. The personal identification number or password;
2. Proper identification to verify your identity;
3. The proper information regarding the period of time for which the report shall be available; and
4. The payment of the appropriate fee.

A consumer reporting agency must authorize the release of your credit report no later than three (3) business days after receiving all of the above items by any method that the consumer reporting agency allows.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

You have a right to bring civil action against anyone, including a consumer reporting agency who willfully or negligently fails to comply with any requirement of the Oklahoma Consumer Report Security Freeze Act.

A consumer reporting agency has the right to charge you up to Ten Dollars ($10.00) to place a freeze on your credit report, up to Ten Dollars ($10.00) to temporarily lift a freeze on your credit report, and up to Ten Dollars ($10.00) to remove a freeze from your credit report. However, you shall not be charged any fee if you are a victim of identity theft who has submitted, at the time the security freeze is requested, a copy of a valid investigative or incident report or complaint with a law enforcement agency about the unlawful use of your identifying information by another person, or if you are sixty-five (65) years of age or older for the initial placement and removal of a security freeze.

### How to Freeze Your Report

To place a security freeze on your NCTUE data report, send your request via mail to:

**Exchange Service Center - NCTUE Security Freeze**
**P.O. Box 105561**
**Atlanta, GA 30348-5561**

Or, you may contact us on the web at **https://www.exchangeservicecenter.com/freeze/** or **1-866-349-5355**.

Although some state laws may allow us to charge a fee, Exchange Service Center never charges any fees to place, temporarily lift, or permanently remove a security freeze.

We will provide you with confirmation of the successful completion of your security freeze request.

**Confirmation # 5410100610**

## NCTUE

**Data Report: October 07, 2025**

**Please address all future correspondence to:**

Exchange Service Center - NCTUE
P.O. Box 105398
Atlanta, GA 30348-5398

1-866-343-2821
M-F 8:00am to 5:00pm in your time zone

1-888-826-0688

### Personal Identification Information

| | |
|---|---|
| Name: | Vance Dotson |
| Social Security Number: | XXX-XX-0074 |
| Address: | 1709 Albany Ave, Oklahoma City, OK 73111-1621 |
| Date of Birth: | 07/06/XXXX |

### Company Information - Inquiry Type Descriptions:

AR -This inquiry type indicates a periodic review of your credit history by one of your creditors or service providers

CONS RPT - This inquiry type was made per a request you have authorized as part of a service or product

DR - This inquiry type indicates that a request was made per your request by a service provider

GCMS - This inquiry type indicates Exchange Service Center's activity in response to your contact with us for a copy of your data report or other requests related to your data report

ID - This inquiry type was made per your request as a result of verifying your identity by your creditor or service provider

MR - Resulting from batch match reporting

MS - This inquiry type indicates that a score request was made per your request by a credit grantor or service provider

ND - This inquiry type is a general inquiry that does not display to credit grantor or service provider

NF - No file returned due to frozen file

PRM - This inquiry type indicates that only your name and address were given to a credit grantor or service provider so they can provide you a firm offer of credit or service

SR - This inquiry type indicates that a score request was made per your request by a credit grantor or service provider

**Confirmation # 5410100610**

***Companies that inquired on your account information based on a service request initiated by you or a request from your service provider.***
***This section lists companies that requested your data report. Service providers do not view these requests when evaluating your credit worthiness.***

| ***Company Information*** | ***Inquiry Type*** | ***Inquiry Date(s)*** |
|---|---|---|
| MERCURY INSURANCE<br>1700 GREENBRIAR LN BREA CA 92821<br>888-263-7287 | SR | 11/30/2023 |
| Farmers Insurance<br>3120 139TH AVE SE SUITE 300 BELLEVUE WA 98005<br>888-327-6335 | SR | 11/30/2023 |

**Account Information**
**(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by service providers).**

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Inquiry Date | The date the file was accessed | Date Reported | The date of the last reported update |
| Company | The name of the inquiring company | Current Balance Amount | The amount of the last reported balance |
| Account Number | The account number reported by the service provider | Current Balance Date | The date of the most recent reported balance |
| Service Type | The service(s) provided by this account | Last Payment Amount | The amount of the last reported payment |
| Sub-Service Type | The account is a prepaid service | Disconnect Date | The date the service was disabled by the consumer or service provider |
| Connect Date | The date the service was enabled | Charge Off Amount | The past due amount that was charged off |
| Account Status | The status of the account at the time of reporting (see table below) | Past Due Amount | The amount past the due date of the account |

| **Account History and Account Status Code Descriptions** | | | |
|---|---|---|---|
| | 0 : Current Account<br>1 : 1-30 Days Past Due<br>2 : 31-60 Days Past Due<br>3 : 61-90 Days Past Due<br>4 : 91-120 Days Past Due<br>5 : 121-179 Days Past Due | 6 : 180 or More Days Past Due<br>9 : Paid or Closed Account<br>B : Bankruptcy<br>C : Charge Off<br>D : No Payment History Available | N : Non-Pay Disconnect<br>P : Never Pay Disconnect<br>T : Account Transferred or Sold<br>U : Unpaid Final Bill |

**Service Accounts -** **These service accounts are reported by the companies and provide the following detailed information including on-going account information.**

**COX COMMS - OKLAHOMA CITY 6205B PEACHTREE DUNWOODY RD ATLANTA GA 30328**

| **Account Number** | **Service Type** | **Sub-Service Type** | **Connect Date** | **Account Status** | **Date Reported** |
|---|---|---|---|---|---|
| 0184* | Internet | | 11/20/2014 | Paid or Closed Account / Zero Balance | 11/01/2017 |

| **Current Balance Amount** | **Current Balance Date** | **Last Payment Amount** | **Past Due Amount** | **Disconnect Date** | **Charge Off Amount** |
|---|---|---|---|---|---|
| $ 0.00 | 10/20/2017 | $ 0.00 | | 05/27/2017 | $ 0.00 |

Confirmation # 5410100610

**COX COMMS - OKLAHOMA CITY 6205B PEACHTREE DUNWOODY RD ATLANTA GA 30328**

| Account Number | Service Type | Sub-Service Type | Connect Date | Account Status | Date Reported |
|---|---|---|---|---|---|
| 0184* | Paid TV | | 11/20/2014 | Paid or Closed Account / Zero Balance | 09/04/2025 |

| Current Balance Amount | Current Balance Date | Last Payment Amount | Past Due Amount | Disconnect Date | Charge Off Amount |
|---|---|---|---|---|---|
| $ 0.00 | 09/03/2025 | $ 98.49 | | 05/27/2017 | $ 0.00 |

**COX COMMS - OKLAHOMA CITY 6205B PEACHTREE DUNWOODY RD ATLANTA GA 30328**

| Account Number | Service Type | Sub-Service Type | Connect Date | Account Status | Date Reported |
|---|---|---|---|---|---|
| 0239* | Local Phone | | 11/20/2014 | Paid or Closed Account / Zero Balance | 11/01/2017 |

| Current Balance Amount | Current Balance Date | Last Payment Amount | Past Due Amount | Disconnect Date | Charge Off Amount |
|---|---|---|---|---|---|
| $ 0.00 | 06/20/2016 | $ 0.00 | | 04/28/2015 | $ 0.00 |

**COX COMMS - OKLAHOMA CITY 6205B PEACHTREE DUNWOODY RD ATLANTA GA 30328**

| Account Number | Service Type | Sub-Service Type | Connect Date | Account Status | Date Reported |
|---|---|---|---|---|---|
| 0239* | Local Phone | | 12/14/2013 | Paid or Closed Account / Zero Balance | 11/01/2017 |

| Current Balance Amount | Current Balance Date | Last Payment Amount | Past Due Amount | Disconnect Date | Charge Off Amount |
|---|---|---|---|---|---|
| $ 0.00 | 12/14/2015 | $ 0.00 | | 10/15/2014 | $ 0.00 |

**VERIZON WIRELESS PO BOX 650051 DALLAS TX 75265**

| Account Number | Service Type | Sub-Service Type | Connect Date | Account Status | Date Reported |
|---|---|---|---|---|---|
| 62426* | Cellular Phone | | 11/27/2013 | Paid or Closed Account / Zero Balance | 02/28/2019 |

| Current Balance Amount | Current Balance Date | Last Payment Amount | Past Due Amount | Disconnect Date | Charge Off Amount |
|---|---|---|---|---|---|
| $ 0.00 | 02/28/2019 | $ 0.00 | | 01/30/2014 | $ 0.00 |

**Confirmation # 5410100610**

**VERIZON WIRELESS PO BOX 650051 DALLAS TX 75265**

| Account Number | Service Type | Sub-Service Type | Connect Date | Account Status | Date Reported |
|---|---|---|---|---|---|
| 52426* | Cellular Phone | | 11/26/2013 | Paid or Closed Account / Zero Balance | 02/28/2019 |

| Current Balance Amount | Current Balance Date | Last Payment Amount | Past Due Amount | Disconnect Date | Charge Off Amount |
|---|---|---|---|---|---|
| $ 0.00 | 02/28/2019 | $ 0.00 | | 01/30/2014 | $ 0.00 |

**VERIZON WIRELESS PO BOX 650051 DALLAS TX 75265**

| Account Number | Service Type | Sub-Service Type | Connect Date | Account Status | Date Reported |
|---|---|---|---|---|---|
| 72426* | Cellular Phone | | 11/26/2013 | Paid or Closed Account / Zero Balance | 02/28/2019 |

| Current Balance Amount | Current Balance Date | Last Payment Amount | Past Due Amount | Disconnect Date | Charge Off Amount |
|---|---|---|---|---|---|
| $ 0.00 | 02/28/2019 | $ 0.00 | | 01/30/2014 | $ 0.00 |

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

***A Summary of Your Rights Under the Fair Credit Reporting Act***

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

    In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account

includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

**Commonly Asked Questions About Disclosure Reports**

***Q. What is the Disclosure Report?***

***A.*** The Disclosure Report is a record of all telecommunication and utility accounts reported by exchange members. This information is used by other telecommunication and utility service providers, who are members of the exchange, to assist them in the decision to extend services.

***Q. Who requests the deposit for service?***

***A.*** Telecommunication and utility service providers make their own decisions on whether or not a security deposit is required from the consumer.

***Q. How can I correct a mistake in my data report?***

***A.*** Complete the Research Request form included in the Disclosure Report and give details of the information you believe is incorrect. We will then check with the service provider to see if any error has been reported. Information that cannot be verified will be removed from your data report. If you and a service provider disagree on any information, we will add a statement in your data report that you disputed that information. You may need to resolve the dispute directly with the service provider who is the source of the information in question.

***Q. If I do have credit problems, how can I get advice and assistance?***

***A.*** There are a number of non-profit organizations that offer free or low-cost financial counseling to help people solve their credit problems.

***Q. What is an exchange?***

***A.*** An exchange is a membership of companies that report telecommunication and utility information and share data relative to their customers' accounts to aid in the management and provisioning of services. The exchange is NCTUE - National Consumer Telecom & Utilities Exchange Inc.

***Q. What is NCTUE and what is its relationship to the Exchange Service Center?***

***A.*** NCTUE is a repository of telecommunication and utility information, such as your payment history, which has been supplied by telecom, utility and cable companies that are members of NCTUE. The Exchange Service Center is a third party contractor of NCTUE and provides services to consumers on behalf of NCTUE.

## Facts You Should Know

- The length of time an account or record remains in your data report is shown below:

  Accounts paid as agreed can remain for up to 10 years. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) can remain for up to 7 years from the date of first delinquency (5 years for NY residents).

  Payment history for an account on your data report, if any, is found at the bottom of an account under the title "Account History with Status Codes". This history reflects the month, year and account status that was previously reported by service providers or other furnishers of information to NCTUE with whom you have a relationship. This history may be included on both open accounts and accounts that have already been closed. Payment in full does not remove your payment history. Specific payment history typically remains on your data report for up to 7 years from the date shown for it.

- Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

- To protect your information from misuse, you should monitor any change in mail receipt patterns. Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them. Do not preprint checks or other documents with unique identifiers such as your driver's license number or social security number. Never give out your account number or identifying information on phone calls in which you did not initiate the contact.

- To have a fraud alert removed from your data report, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card should be provided.

**Notice: Dispute Review Process and Your Rights:**

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. NCTUE then makes deletions or changes to your data report as appropriate based on the results of the investigation. The name, address and, if reasonably available, the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised data report.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed 100 words, explaining the nature of your dispute. Your statement will become part of your data report and will be included each time information to which it refers is reported as long as the information you disputed is retained in the NCTUE database.

If the investigation results in a change to or deletion of the information you disputed, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send a notification of change to any company that received your data report in the past 6 months for any purpose (12 months for California, Colorado, Maryland, New Jersey and New York residents) for which NCTUE reports are provided.

**NCTUE** **RESEARCH REQUEST FORM**

You may initiate an investigation request by completing this form and mailing your request to the following address:

**Exchange Service Center - NCTUE**
**P.O. Box 105398**
**Atlanta, GA 30348-5398**

You may also contact us via the NCTUE Consumer Portal at https://nctueconsumerportal.com.

Would you like NCTUE to hide the first 5 digits of your social security number on our response to you? **Circle:** Yes No

**Confirmation Number: 5410100610**

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** Vance Dotson **Social Security Number:**
**XXX-XX-0074**

**Date of Birth: 07/06/XXXX**

**Current Address:** 1709 Albany Ave, Oklahoma City, OK 73111-1621

Account/Company Name of the disputed account: ____________________

Account Number of disputed account: ____________________

Please provide any relevant information for your dispute: ____________________

Account/Company Name of the disputed account: ____________________

Account Number of disputed account: ____________________

Please provide any relevant information for your dispute: ____________________

Account/Company Name of the disputed account: ____________________

Account Number of disputed account: ____________________

Please provide any relevant information for your dispute: ____________________

Account/Company Name of the disputed account: ____________________

Account Number of disputed account: ____________________

Please provide any relevant information for your dispute: ____________________

Account/Company Name of the disputed account: ____________________

Account Number of disputed account: ____________________

Please provide any relevant information for your dispute: ____________________

For a status on your request, please add your email address to receive an email notification.

Provide your email here: ____________________