AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

VANCE DOTSON

*Plaintiff(s)*

v.

NATIONAL CONSUMER TELECOMMUNICATIONS AND UTILITY EXCHANGE, INC.,

*Defendant(s)*

Civil Action No. CIV-26-436-HE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Consumer Telecommunications and Utility Exchange, Inc.,
751 Plaza Blvd
Coppell TX 75019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vance Dotson
425 W. Wilshire Blvd Ste., E
Oklahoma City, OK 73116
405-406-7323
vancedotson@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

*SUMMONS ISSUED:*
10:18 am, Mar 09, 2026
*JOAN KANE, CLERK*

*By:*

*Signature of Clerk or Deputy Clerk*

Date: 03/09/2026